<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1860**

———————

SHERMAN B. LUBMAN, Chapter 7 Trustee,

Plaintiff - Appellee,

versus

DENISE J. LECLAIR,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-00-448, BK-98-35239-T, AP-99-3175-T)

———————

Submitted:  November 29, 2001      Decided:  December 5, 2001

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Denise J. LeClair, Appellant Pro Se.  Kevin Allan Lake, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Denise J. LeClair appeals from the district court's order dismissing, as untimely, her appeal from the bankruptcy court's order granting the bankruptcy trustee's motion for default judgment and denying her a discharge in bankruptcy. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lubman v. LeClair, Nos. CA-00-448; BK-98-35239-T; AP-99-3175-T (E.D. Va. June 15, 2001). We deny Appellee's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED